**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 3:21-CR-15 (CAR)** |
| **CARLOS LNU AKA "C-LOS",** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Carlos Lnu aka "C-Los" pursuant to Federal Rule of Criminal Procedure 48(a). The Government has indicated that Defendant's whereabouts are unknown at this time.

After careful consideration, the Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 76] and hereby **ORDERS** the pending Indictment in Case No. 3:21-CR-15(CAR) against Defendant Carlos Lnu aka "C-Los" to be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this 28th day of July, 2022.

S/ C. Ashley Royal _____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT